# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131520

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ARTHUR ALLEN FENWICK,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131520
COA: 268829
Cass CC: 02-010390-FH

      On order of the Court, the application for leave to appeal the May 24, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

p1023

_____
Clerk